

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHY REILLY and
KMR LIFESTYLE SERVICES, LLC,

        Plaintiffs,

v.

MAURY ROGOFF and
MAURY ROGOFF PR & MARKETING,

        Defendants.

---

Case No.: 12-cv-7200 (HB/JLC)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time for defendants to answer, appear, or otherwise respond to the Complaint is extended to and including November 8, 2012.

Dated: New York, New York
       October 15, 2012

| | |
|---|---|
| **HARRIS BEACH PLLC**<br>*Attorneys for Defendants*<br><br>By: _____<br>Steven A. Stadtmauer<br>100 Wall Street<br>New York, New York 10005<br>Tel: (212) 687-0100<br>Email: sstadtmauer@gmail.com | **KASOWITZ, BENSON, TORRES & FRIEDMAN LLP**<br>*Attorneys for Plaintiffs*<br><br>By: _____<br>Joseph A. Piesco, Jr, Esq.<br>Julia Diprete, Esq.<br>1633 Broadway<br>New York, NY 10019<br>Tel: (212) 506-1700<br>Email: jpiesco@kasowitz.com<br>Email: jdiprete@kasowitz.com |

SO ORDERED: _____ 10/18/12