

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHY REILLY and
KMR LIFESTYLE SERVICES, LLC,

    Plaintiffs,

v.

MAURY ROGOFF and
MAURY ROGOFF PR & MARKETING,

    Defendants.

Case No.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF KMR LIFESTYLE SERVICES, LLC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff KMR Lifestyle Services, LLC (a private, non-governmental party), by and through its attorneys, Kasowitz, Benson, Torres & Friedman LLP, hereby certifies that it has no publicly held corporate parents, affiliates or subsidiaries.

Dated: September 24, 2012

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

By: _____
Joseph A. Piesco, Jr.
Julia Diprete
1633 Broadway
New York, New York 10019
Tel: (212) 506-1700
Fax: (212) 506-1800
(jpiesco@kasowitz.com)

*Attorneys for Plaintiffs*