UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHY REILLY and<br>KMR LIFESTYLE SERVICES, LLC,<br><br>-v-<br><br>MAURY ROGOFF and<br>MAURY ROGOFF PR & MARKETING,<br><br>Plaintiff,<br><br>Defendant. | Case No. 12-cv-7200 HB/JLC<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for MAURY ROGOFF PR & MARKETING, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** 11/8/12

s/ Steven A. Stadtmauer
**Signature of Attorney**

**Attorney Bar Code:** SS 2632

Form Rule7_1.pdf   SDNY Web 10/2007