

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 BROADWAY
NEW YORK, NEW YORK 10019-6799
212-506-1700
FACSIMILE: 212-506-1800

JOSEPH A. PIESCO, JR.
JPIESCO@KASOWITZ.COM
212-506-1955

November 20, 2012

**BY HAND DELIVERY**

Judge Harold Baer, Jr.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Reilly *et al.* v. Rogoff *et al.*
             Case No. 12-CV-7200 (HB) (JLC)

Dear Judge Baer:

      We represent Kathy Reilly and KMR Lifestyle Services, LLC ("Plaintiffs") in the above-referenced matter. The parties write to jointly request a thirty (30) day adjournment of the Pre-Trial Conference, currently scheduled for November 29, 2012. The parties, whose resources are limited, presently are discussing a potential settlement of this matter. The parties believe that the requested adjournment will permit them to focus their time and limited resources on settlement discussions and hope a settlement can be reached without further resort to the Court. We believe that proceeding in this manner not only may save the parties' resources, but the Court's time and resources as well.

      Of course, the parties will keep the Court apprised of the status of their settlement discussions. We appreciate the Court's time and attention to this matter.

                                      Respectfully submitted,

                                      Joseph A. Piesco, Jr.

cc:    Steven Stadtmauer, Esq.
        David E. Lurie, Esq.

*[Handwritten notation from Judge Baer: "I'll adjourn to Dec 13 @ 3:30 PM on have a conference on deposit discovery + then you need not come at all. Harold Baer"]*

Date: 11/29/12

Endorsement:

      I'll adjourn to December 13 at 3:30 PM or have a stipulation of discontinuance on my desk and then you need not come at all.