USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-17-12



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
KATHY REILLY and )
KMR LIFESTYLE SERVICES, LLC )
 )
 Plaintiffs, )
 )
v. )
 ) Case No. 12-CV-7200 (HB) (JLC)
MAURY ROGOFF and )
MAURY ROGOFF PR & MARKETING, ) ORDER OF
 ) DISCONTINUANCE
 Defendants. )
-------------------------------------------------------- X

This case having duly come on to be heard before me and the attorneys for all parties having advised the court that all claims asserted herein are settled or are in the process of being settled, it is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without cost to either party. Should settlement not be finalized within sixty (60) days of the date of the Order, any party may apply to have the action reopened, and it is further

ORDERED that the Clerk of the court is instructed to close any pending motions, close this case and remove it from my docket.

SO ORDERED:
New York, New York
Dated: 12/17/12

_____
U.S.D.J

I hereby consent to the entry of this proposed order:

_____        _____
Joseph A. Piesco, Jr.                                          Steven A. Stadtmauer
Julia C. DiPrete                                                   *Attorney for Defendants*
*Attorneys for Plaintiffs*                                   Harris Beach PLLC
Kasowitz, Benson, Torres & Friedman LLP   100 Wall Street
1633 Broadway                                                 New York, NY 10005
New York, NY 10019                                         (800) 685-1429
(212) 506-1700                                                  212-687-0100